UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Noel Lee

E-filing

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Blue River Asset Management, LLC; Blue River Advantaged Muni Fund II, LLC; and Robert Bigelow, III

CV 08 1508

MMC

TO: (Name and address of defendant)

Blue River Asset management, LLC Blue River advantaged muni Fund II, LLC and Robert Bigelow, III

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CARROLL BURDICK & McDONOUGH LLP.
44 Montgomery Street Suite 400
San Francisco, CA 94104

Matthew F. Miller

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR 18 2008

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                              Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.