Jack T. Friedman, No. 068134
*jfriedman@cbmlaw.com*
Matthew F. Miller, No. 172661
*nmiller@cbmlaw.com*
Erik Morrison, No. 222071
*emorrison@cbmlaw.com*
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone:     415.989.5900
Facsimile:      415.989.0932

Attorneys for Plaintiff
NOEL LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SANFRANCISCO DIVISION

| | |
|---|---|
| NOEL LEE,<br><br>Plaintiff,<br><br>v.<br><br>BLUE RIVER ASSET MANAGEMENT, LLC, BLUE RIVER ADVANTAGED MUNI FUND II, LLC, and ROBERT BIGELOW, III,<br><br>Defendants. | No. CV 08-1508 MMC<br><br>**STIPULATION TO REQUEST EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT AND TO REQUEST CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

Plaintiff Noel Lee ("Lee") and Defendants Blue River Asset Management, LLC, Blue River Advantaged Muni Fund II, LLC ("Fund"), and Robert Bigelow, III ("Bigelow") ("Defendants"), have arrived at a resolution of this matter that will result in a dismissal of the matter in its entirety on or before July 21, 2008.  In the interim, there is a June 27, 2008 Initial Case Management Conference in Courtroom 7 at 10:30 a.m. Accordingly, and with apologies to the Court for the eleventh hour nature of this stipulated request,

CBM-SF\SF408685.1

1  IT IS HEREBY STIPULATED by and between the parties to this action
2  through their designated counsel that Defendants shall have an extension of time until
3  July 21, 2008 to file a responsive pleading, if any, in this matter.
4  IT IS FURTHER STIPULATED by and between the parties to this action
5  through their designated counsel and requested of the Court that the Initial Case
6  Management Conference be reset to a date in August 2008 or such time as the Court may
7  deem proper. The parties' Rule 26(f) Reports, initial disclosure and Case Management
8  Statement will be due as set by Court Order to comport with the rescheduled Initial Case
9  Management Conference. It is the expectation of the parties that this Conference will not
10 occur based upon the above-referenced impending dismissal.
11 IT IS FURTHER STIPULATED, by and between the parties to this action
12 through their designated counsel that this Stipulation may be executed in two counter
13 parts, each of which shall be deemed a duplicate original, but all of which together shall
14 constitute one and the same agreement, and facsimile signatures should be deemed
15 original signatures.

Dated: June 17, 2008                CARROLL, BURDICK & McDONOUGH LLP

                                    By _____
                                       Matthew F. Miller
                                       Attorneys for Plaintiff NOEL LEE

Dated: June ___, 2008

                                    _____
                                    Mark A. Adams
                                    Attorney or Authorized Agent for Defendants
                                    BLUE RIVER ASSET MANAGEMENT, LLC, BLUE
                                    RIVER ADVANTAGE MUNI FUND II, LLC, and
                                    ROBERT BIGELOW, III

1  IT IS HEREBY STIPULATED by and between the parties to this action
2  through their designated counsel that Defendants shall have an extension of time until
3  July 21, 2008 to file a responsive pleading, if any, in this matter.
4  IT IS FURTHER STIPULATED by and between the parties to this action
5  through their designated counsel and requested of the Court that the Initial Case
6  Management Conference be reset to a date in August 2008 or such time as the Court may
7  deem proper. The parties' Rule 26(f) Reports, initial disclosure and Case Management
8  Statement will be due as set by Court Order to comport with the rescheduled Initial Case
9  Management Conference. It is the expectation of the parties that this Conference will not
10 occur based upon the above-referenced impending dismissal.
11 IT IS FURTHER STIPULATED, by and between the parties to this action
12 through their designated counsel that this Stipulation may be executed in two counter
13 parts, each of which shall be deemed a duplicate original, but all of which together shall
14 constitute one and the same agreement, and facsimile signatures should be deemed
15 original signatures.

16 Dated: June ___, 2008        CARROLL, BURDICK & McDONOUGH LLP

18                              By _____
19                                  Matthew F. Miller
                                    Attorneys for Plaintiff NOEL LEE

22 Dated: June 17, 2008         _____
                                    Mark A. Adams
23                                  Attorney or Authorized Agent for Defendants
                                    BLUE RIVER ASSET MANAGEMENT, LLC, BLUE
24                                  RIVER ADVANTAGE MUNI FUND II, LLC, and
                                    ROBERT BIGELOW, III

CARROLL, BURDICK &
McDONOUGH LLP
Attorneys At Law
San Francisco

CBM-SF\SF408685.1            -2-
                 STIPULATION RE: EXTENSION OF TIME        C 08-01508 MMC

1       PURSUANT TO STIPULATION, IT IS SO ORDERED that the Initial Case
2 Management Conference shall occur at __10:30__ a.m./~~p.m.~~ on __August 1__, 2008. The
3 parties shall file the Rule 26(f) report and complete initial disclosure and file Case
4 Management Conference Statements by __July 25__, 2008.

5
6 Dated: June _18_, 2008                  _____
                                                     The Honorable Maxine M. Chesney
                                                     United States District Judge