1  Jack T. Friedman, No. 068134
   *jfriedman@cbmlaw.com*
2  Matthew F. Miller, No. 172661
   *nmiller@cbmlaw.com*
3  Erik Morrison, No. 222071
   *emorrison@cbmlaw.com*
4  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
5  44 Montgomery Street, Suite 400
   San Francisco, CA  94104
6  Telephone:    415.989.5900
   Facsimile:    415.989.0932
7
   Attorneys for Plaintiff
8  NOEL LEE

9

10                    UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA – SANFRANCISCO DIVISION

12

13  NOEL LEE,                          No. CV 08-1508 MMC

14            Plaintiff,               **NOTICE OF VOLUNTARY DISMISSAL**

15  v.

16  BLUE RIVER ASSET MANAGEMENT,
    LLC, BLUE RIVER ADVANTAGED MUNI
17  FUND II, LLC, and ROBERT BIGELOW, III,

18            Defendants.

19

20       NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff

21  voluntarily dismisses the above-captioned action without prejudice.

22       Dated: July 16, 2008

23                                     CARROLL, BURDICK & McDONOUGH LLP

24

25                                     By _____
                                              Matthew F. Miller
26                                     Attorneys for Plaintiff NOEL LEE

27

28

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-SF\SF411625.1